IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINA SCHREINER,

    Plaintiff,

v.

UINITED WISCONSIN
INSURANCE COMPANY d/b/a
UNITED WISCONSIN GROUP,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-532-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant United Wisconsin Insurance Company d/b/a United Wisconsin Group and against plaintiff Christina Schreiner.

_____  
Peter Oppeneer, Clerk of Court

6/19/09  
Date